LONGLEY, administrator, *v.* BENTLEY, administrator.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion (Chief Justice Fish and Justices Lumpkin and Atkinson favoring an affirmance, and Presiding Justice Evans and Justices Beck and Hill favoring a reversal), the judgment of the court below stands affirmed by operation of law.

JULY 21, 1915.

Illegality of execution. Before Judge Edwards. Haralson superior court. February 14, 1915.

*H. J. McBride,* for plaintiff in error.
*Griffith & Matthews,* contra.